NELSON W. PORTER et al., Appellants, *v.* ERNEST T. FLETCHER et al., Respondents.

*Porter v. Fletcher*, 153 App. Div. 470, affirmed.
(Argued April 3, 1914; decided April 21, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered November 27, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in a taxpayer's action to restrain the board of supervisors of Franklin county from auditing and including in its tax levy certain claims.

*John M. Cantwell* for appellants.

*George J. Moore* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.